UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE ITNERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; ALASKA OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>                 Plaintiffs,<br><br>  v.<br><br>THE CITY OF UNALASKA, a municipality of the State of Alaska,<br><br>                 Defendant. | C19-2012 TSZ<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiffs, docket no. 4, Plaintiffs appearing through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not yet being served, now, therefore;

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND COURT DATES - 1

IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Court Dates has been granted as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) conference | February 26, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a) | March 11, 2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f), and Local Rule CR 16 | March 11, 2020 |

DATED this 30th day of January, 2020.

_____
Thomas S. Zilly
United States District Judge

Presented for Entry by:

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiffs